NUMBER 13-10-00388-CV

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG


____________________________________________________________

 

JUAN BELLA AND SONYA
BELLA,                                 APPELLANTS,

 

                                                             v.

 

JUAN R. CABALLERO AND
SYLVIA CABALLERO,         APPELLEES. 

 ____________________________________________________________

 

                                On
appeal from the County Court 

                                       of
Willacy County, Texas.

____________________________________________________________

 

                               MEMORANDUM
OPINION

 

                          Before Justices
Garza, Vela, and Perkes

Memorandum Opinion
Per Curiam

                                                     

The
appellants’ brief in the above cause was due on February 7, 2011.  On March 3,
2011, the Clerk of the Court notified pro se appellant Juan Bella that the
brief had not been filed and that the appeal was subject to dismissal for want
of prosecution under Texas Rule of Appellate Procedure 38.8(a)(1), unless
within ten days from the date of receipt of this letter, appellant reasonably
explained the failure and the appellee was not significantly injured by the
appellant's failure to timely file a brief.  

On
April 29, 2011, the Clerk of the Court notified pro se appellant Sonya Bella that
the brief had not been filed and that the appeal was subject to dismissal for
want of prosecution under Texas Rule of Appellate Procedure 38.8(a)(1), unless
within ten days from the date of receipt of this letter, appellant reasonably
explained the failure and the appellee was not significantly injured by the
appellant's failure to timely file a brief.  

To
date, no response has been received from appellants.  Appellants have failed to
either reasonably explain their failure to file a brief, file a motion for
extension of time to file the brief, or file the brief.  Accordingly, the
appeal is DISMISSED FOR WANT OF PROSECUTION.  See Tex. R. App. P. 38.8(a), 42.3(b). 

 

PER
CURIAM

 

Delivered and filed the  

23rd day of June, 2011.